UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-04050 MWF (ADS)                              Date:  February 2, 2022

Title:  *Shazad Mohammad Khan v. Raybon Johnson*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):                     Attorney(s) Present for Respondent(s):
None Present                                                                None Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING PETITIONER'S FAILURE TO FILE A STATUS REPORT**

On October 5, 2021, the Court granted Petitioner's Motion for a <u>Kelly</u> stay.  (Dkt. No. 9.)  The Court also ordered Petitioner to file status reports every 60 days to update the Court on Petitioner's exhaustion efforts.  (<u>Id.</u> at 5.)  Accordingly, Petitioner was required to file a status report with the Court by December 6, 2021.  Respondent has not filed a status report or otherwise communicated with the Court as of the date of this Order.

**By no later than February 16, 2022,** Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute and follow court orders.

Petitioner may respond to this Order by filing a proper status report.  If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute or to obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

Initials of Clerk kh