UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAZAD MOHAMMAD KHAN, | Case No. 2:21-04050 WLH (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| WARREN L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("Second Amended Petition") (Dkt. No. 19), Respondent's Answer to the Second Amended Petition (Dkt. No. 25), Petitioner's Traverse (Dkt. No. 31), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 34), Petitioner's Objections to Report and Recommendation (Dkt. No. 35), and all the records and files herein. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to

which objections were made.  The Court overrules the objections and accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 34);
2. The Second Amended Petition is denied and the case is dismissed with prejudice (Dkt. No. 19);
3. A Certificate of Appealability is denied; and
4. Judgment is to be entered accordingly.

DATED: 12/5/2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE