JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAZAD MOHAMMAD KHAN, | Case No. 2:21-04050 WLH (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| WARREN L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Second Amended Petition denied with prejudice.

DATED: 12/5/2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE